```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 13684
   PETER J GRATZ
   KATHLEEN M GRATZ                            CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5859    SSN XXX-XX-2678

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/12/2005 and was confirmed 05/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.37% from remaining funds.

     The case was paid in full 04/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                               PAID        PAID
------------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG         .00           .00          .00
ROUNDUP FUNDING LLC        UNSECURED        17815.69           .00      6658.26
MONTGOMERY WARD            UNSECURED        NOT FILED          .00          .00
CREDIT FIRST               UNSECURED OTH      667.71           .00       249.58
GENERAL ELETRIC            UNSECURED         2631.91           .00       983.62
SHERMAN ACQUISITION        UNSECURED        NOT FILED          .00          .00
SHERMAN ACQUISITION        UNSECURED        NOT FILED          .00          .00
PALISADES COLLECTION LLC   UNSECURED        NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED          845.93           .00       316.15
ROBERT THOMAS              DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                       504.39
DEBTOR REFUND              REFUND                                        242.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              8,954.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    8,207.61
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           504.39
DEBTOR REFUND                                  242.00
                     ---------------       ---------------
TOTALS               8,954.00                8,954.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 13684 PETER J GRATZ & KATHLEEN M GRATZ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE